NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1158, -1164

AUTOMATED MERCHANDISING SYSTEMS, INC.,

Plaintiff-Cross Appellant,

v.

CRANE CO.,

Defendant-Appellant,

and

SEAGA MANUFACTURING, INC.,

Defendant.

Appeal from the United States District Court for the Northern District of West Virginia in case no. 3:08-CV-97, Chief Judge John Preston Bailey.

ON MOTION

Before MOORE, Circuit Judge.

## ORDER

Crane Corporation moves for a 14-day extension of time, until March 31, 2009 to file a brief. Automated Merchandising Systems, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

MAR 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2009

JAN HORBALY
CLERK

cc:   James D. Berquist, Esq.
      Jamil N. Alibhai, Esq.
      David G. Hanson, Esq.

s20

2009-1158                                2